UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STEWART DICKLER, BEECH TREE RUN, INC. ET AL.,

    Plaintiffs,

vs.

CIGNA PROPERTY & CASUALTY CO. ET AL.,

    Defendants.
------------------------------------------------------------X

Case No. **Misc. 05-248**

ORDER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 1 4 2006 ★

P.M. _____
TIME A.M. _____

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

*To the Marshal of the Eastern District of New York, GREETING:*

**YOU ARE COMMANDED**, that of the real property more fully described below in your district you cause to be made the sum of $2,860,387.70 of which $1,877,500 is the amount of judgment plus interest at a rate of 3.35 percent per annum from the 1st day of July, 1993 through May 15, 2006 which lately in the United States District Court of the United States for the Eastern District of New York recovered against Defendant judgment debtors Friends of Associated Beth Rivka School for Girls" (or alternatively, "Friends of Associated Beth Rivkah School for Girls"), "Associated Beth Rivka School for Girls" (or alternatively, "Associated Beth Rivkah School for Girls"), and "Friends of Beth Rivka Schools, Inc." (or alternatively, "Friends of Beth Rivkah Schools, Inc.") in favor of Plaintiff judgment creditor Beech Tree Run, Inc. as appears by the record filed in the Clerk's Office of said District Court on the 26th day of October, 2005. Further interest is accruing on the unsatisfied judgment in the sum of $169.52 per day.

**NOW**, upon the application of Plaintiff Beech Tree Run, Inc., by their counsel, Kipiniak and Kittross PLLC, it is

**ORDERED** that the United States Marshals Service in the Eastern District of New York, is

authorized to take all necessary steps, using whatever force necessary, to take possession of one or more of the premises located at:

Block 1331 Lot 38 in Kings County, New York (also known as 497 East New York Avenue, Brooklyn, New York 11225),

Block 1331 Lots 23, 24 and 25 in Kings County, New York,

Block 1331 Lots 17 in Kings County, New York (also known as 436 Lefferts Avenue, Brooklyn, New York 11225),

Block 1297, Lot 23 in Kings County, New York (also known as 310 Crown Street, Brooklyn, New York 11225)

Block 1297 Lot 22 in Kings County, New York (also known as 302 Crown Street, Brooklyn, New York 11225)

and belonging to one or more of the Defendant judgment debtors at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, and it is

**ORDERED** that the United States Marshals Service in the Eastern District of New York, is authorized to take all necessary steps to liquidate the real property and cause Plaintiff's judgment to be satisfied, and

**ORDERED** that anyone interfering with the execution of this Order is subject to arrest by the United States Marshal, and

**ORDERED** that Plaintiff Beech Tree Run, Inc., on whose behalf the Court issues this Order, will account completely for all property seized pursuant to this Order and shall compile a written inventory of all such property and shall provide a copy to the United States Marshals Service in the Eastern District of New York who shall include such a copy with his return to the Court; and it is further

**ORDERED** that Plaintiff Beech Tree Run, Inc., on whose behalf the Court issues this Order, will act as substitute custodian of any and all property seized pursuant to this Order and shall hold harmless the United States Marshals Service and its employees from any and all claims, asserted in

any Court or tribunal, arising from any acts, incidents, or occurrences in connection with the seizure and possession of the Defendant property, including any third-party claims.

Dated: Brooklyn, New York
June 8, 2006

/S/ Hon. Carol B, Amon
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK